

Villanova University School of Law Digital Repository

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-18-2007

# Victaulic Co v. Tieman

Precedential or Non-Precedential: Precedential

Docket No. 07-2088

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Victaulic Co v. Tieman" (2007). *2007 Decisions.* Paper 333.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/333

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 07-2088

VICTAULIC COMPANY,

v.

JOSEPH L. TIEMAN;
TYCO FIRE PRODUCTS, LP

(E.D.P.A. Civil No. 06-cv-05601)

JOSEPH L. TIEMAN;
TYCO FIRE PRODUCTS, LP

v.

VICTAULIC COMPANY

(E.D.P.A. Civil No. 07-cv-00512)

Victaulic Company,
                                    Appellant

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 07-cv-00512)
District Judge: Honorable Stewart Dalzell

Argued July 11, 2007

Before: RENDELL, AMBRO and NYGAARD, Circuit Judges

(Opinion filed August 23, 2007)

Oldrich Foucek, III, Esquire (Argued)
Kelly M. Smith, Esquire
Tallman, Hudders & Sorrentino
1611 Pond Road
The Paragon Centre, Suite 300
Allentown, PA 18104

      Counsel for Appellant

Stephen G. Harvey, Esquire
Cara M. Kearney, Esquire
Pepper Hamilton
18th & Arch Streets
3000 Two Logan Square
Philadelphia, PA   19103

Edward L. Friedman, Esquire (Argued)
Scott K. Davidson, Esquire
Christopher Dove, Esquire
Locke, Liddell & Sapp
600 Travis Street
3400 JP Morgan Chase Tower
Houston, TX   77002

      Counsel for Appellees

## ORDER  AMENDING  PRECEDENTIAL  OPINION

AMBRO, *Circuit Judge*

      IT IS NOW ORDERED that the Precedential Opinion in the above case filed August 23, 2007, be amended as follows:

      On page 17, in the first line replace "employer's" with "employee's".

      On page 17, line four, replace the pin cite "631" with "846".

            By the Court,

            /s/ Thomas L. Ambro, Circuit Judge

Dated:   September 18, 2007

2